**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: BiolitecHolding U.S., Inc. | § § § § | Case No. 16-12704- VFP |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

George L. Miller, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $1,356,144.73 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $71,063.79 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $257,424.15 | | |

3) Total gross receipts of $328,487.94 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $328,487.94 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $257,424.15 | $257,424.15 | $257,424.15 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $126,898.38 | $1,000.00 | $1,000.00 | $1,000.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $4,965,843.87 | $87,233,644.78 | $650,000.00 | $70,063.79 |
| **TOTAL DISBURSEMENTS** | $5,092,742.25 | $87,492,068.93 | $908,424.15 | $328,487.94 |

4) This case was originally filed under chapter 7 on 04/17/2015. The case was pending for 53 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/23/2019

By: /s/ George L. Miller
Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Bank Account - TD Bank ending 5389 | 1129-000 | $3,057.94 |
| Refund - 2012 Federal Tax Refund | 1124-000 | $325,430.00 |
| **TOTAL GROSS RECEIPTS** | | **$328,487.94** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - George L. Miller | 2100-000 | NA | $19,674.40 | $19,674.40 | $19,674.40 |
| Accountant for Trustee, Fees - Miller Coffey Tate LLP | 3310-000 | NA | $84,376.00 | $84,376.00 | $84,376.00 |
| Accountant for Trustee, Expenses - Miller Coffey Tate LLP | 3320-000 | NA | $1,744.71 | $1,744.71 | $1,744.71 |
| Bond Payments - Biolitec Holding U.S., Inc. | 2300-000 | NA | $180.99 | $180.99 | $180.99 |
| Bond Payments - International Sureties LTD | 2300-000 | NA | $97.72 | $97.72 | $97.72 |
| Bond Payments - International Sureties, LTD. | 2300-000 | NA | $51.33 | $51.33 | $51.33 |
| Bond Payments - International Sureties,, LTD. | 2300-000 | NA | $127.33 | $127.33 | $127.33 |
| Administrative Rent - Hill Archive | 2410-000 | NA | $0.00 | $0.00 | $0.00 |
| Banking and Technology Service Fee - Biolitec Holding U.S., Inc. | 2600-000 | NA | $3,183.62 | $3,183.62 | $3,183.62 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $3,473.87 | $3,473.87 | $3,473.87 |
| Banking and Technology Service Fee - Union Bank | 2600-000 | NA | $7,551.63 | $7,551.63 | $7,551.63 |
| Attorney for Trustee Fees (Other Firm) - Pachulski Stang Ziehl & Jones LLP | 3210-000 | NA | $130,685.63 | $130,685.63 | $130,685.63 |
| Attorney for Trustee Expenses (Other Firm) - Pachulski Stang Ziehl & Jones LLP | 3220-000 | NA | $6,276.92 | $6,276.92 | $6,276.92 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$257,424.15** | **$257,424.15** | **$257,424.15** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Department Of The Treasury | 5800-000 | $70,694.38 | $1,000.00 | $1,000.00 | $1,000.00 |
| N/F | California State Board of Equalization | 5800-000 | $14,000.00 | NA | NA | NA |
| N/F | Massachusetts Dept. of Revenue | 5800-000 | $42,204.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$126,898.38** | **$1,000.00** | **$1,000.00** | **$1,000.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Melanie L. Cyganowski | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | Angiodynamics, Inc. | 7100-000 | $0.00 | $87,233,644.78 | $650,000.00 | $70,063.79 |
| 3 | Biolitec Medical Devices, Inc. | 7100-000 | $26,670.00 | $0.00 | $0.00 | $0.00 |
| N/F | Biolitec Consulting und Management GmbH | 7100-000 | NA | NA | NA | NA |
| N/F | CeramOptec Industries, Inc. | 7100-000 | $4,939,173.87 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$4,965,843.87** | **$87,233,644.78** | **$650,000.00** | **$70,063.79** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 16-12704- VFP
**Case Name:** BiolitecHolding U.S., Inc.

**For Period Ending:** 09/23/2019

**Trustee Name:** (280161) George L. Miller
**Date Filed (f) or Converted (c):** 04/17/2015 (f)
**§ 341(a) Meeting Date:** 05/22/2015
**Claims Bar Date:** 09/03/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Bank Account - TD Bank ending 5389 | 3,057.94 | 3,057.94 | | 3,057.94 | FA |
| 2 | 100% Ownership Interest in Biolitec Medical Devi<br>The ownership interest is in a related Debtor. The Trustee values the interest at $0.00. There will be no distribution received on the equity investment. | Unknown | 0.00 | | 0.00 | FA |
| 3 | 100% Ownership Interest in Biolitec U.S., Inc.<br>The ownership interest is in a related Debtor. The Trustee values the interest at $0.00. There will be no distribution received on the equity investment. | Unknown | 0.00 | | 0.00 | FA |
| 4 | 90% Ownership Interest in Biolitec, Inc.<br>The ownership interest is in a related Debtor. The Trustee values the interest at $0.00. There will be no distribution received on the equity investment. | Unknown | 0.00 | | 0.00 | FA |
| 5 | 90% Ownership Interest in CeramOptec Industries,<br>The ownership interest is in a related Debtor. The Trustee values the interest at $0.00. There will be no distribution received on the equity investment. | Unknown | 0.00 | | 0.00 | FA |
| 6 | Intercompany Receivable from CeramOptic, Inc.<br>The Trustee has resolved related party litigation and may not receive a distribution. | 36,652.36 | 0.00 | | 0.00 | FA |
| 7 | Intercompany Receivable due from Biolitec Medica<br>The Trustee has resolved related party litigation and may not receive a distribution. | 899,609.90 | 0.00 | | 0.00 | FA |
| 8 | Intercompany Receivable due from Biolitec, Inc.<br>Receivable of $330,631.19 due from the bankruptcy estate of Biolitec, Inc.<br>Amount released pursuant to settlement dated 10/14/2015, approved by Bankruptcy Court Order dated 06/10/2016 [NJ D.I. 197] | Unknown | 0.00 | | 0.00 | FA |
| 9 | Intercompany Receivable due from Biolitec U.S.,<br>The Trustee has resolved related party litigation and may not receive a distribution. | 386,100.47 | 0.00 | | 0.00 | FA |
| 10 | Receivable due from CeramOptec Industries, Inc.<br>The Trustee has resolved related party litigation and may not receive a distribution. | 26,000.00 | 0.00 | | 0.00 | FA |
| 11 | Refund - 2012 Federal Tax Refund | 325,000.00 | 325,430.00 | | 325,430.00 | FA |
| 12 | Tax Refund - State of Delaware<br>Based upon the Trustee's investigation, there were no taxes paid to Delaware. The asset value of $7,782.00 is a result of various adjustments to the liability account with an ending negative liability balance. The Trustee avers that no refund exists. | 7,782.00 | 0.00 | | 0.00 | FA |
| 12 | **Assets Totals (Excluding unknown values)** | **$1,684,202.67** | **$328,487.94** | | **$328,487.94** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 2

**Case No.:** 16-12704- VFP  
**Case Name:** BiolitecHolding U.S., Inc.

**For Period Ending:** 09/23/2019

**Trustee Name:** (280161) George L. Miller  
**Date Filed (f) or Converted (c):** 04/17/2015 (f)  
**§ 341(a) Meeting Date:** 05/22/2015  
**Claims Bar Date:** 09/03/2015

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 06/30/2019    **Current Projected Date Of Final Report (TFR):** 04/17/2019 (Actual)

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9

Page: 1

| Case No.: | 16-12704- VFP | Trustee Name: | George L. Miller (280161) |
|---|---|---|---|
| Case Name: | BiolitecHolding U.S., Inc. | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***3989 | Account #: | ******2634 Checking |
| For Period Ending: | 09/23/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/28/16 | | Biolitec Holding U.S., Inc. | Transfer funds from Biolitec Holding U.S., Inc - DE (15-10830) to Biolitec Holding U.S., Inc - NJ (16-12704) | | 328,487.94 | | 328,487.94 |
| | {1} | Biolitec Holding U.S., Inc. | Bank Account - TD Bank ending 5389    $3,057.94 | 1129-000 | | | |
| | {11} | Biolitec Holding U.S., Inc. | Refund - 2012 Federal Tax Refund    $325,430.00 | 1124-000 | | | |
| 04/28/16 | 601000 | Biolitec Holding U.S., Inc. | To reimburse Biolitec Holding U.S. - DE for expenses paid | | | 3,364.61 | 325,123.33 |
| | | | Surety Bond Payments - Int'l Surety    $180.99 | 2300-000 | | | |
| | | | Bank Fees - Union Bank    $3,183.62 | 2600-000 | | | |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 31.09 | 325,092.24 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 481.90 | 324,610.34 |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 466.23 | 324,144.11 |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 480.99 | 323,663.12 |
| 09/26/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 480.30 | 323,182.82 |
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 464.16 | 322,718.66 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 478.88 | 322,239.78 |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 462.78 | 321,777.00 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 477.53 | 321,299.47 |
| 01/30/17 | 601001 | International Sureties LTD | 2017 NJ Blanket Bond Premium; Bond #016026384 for the term 01/01/17 through 01/01/18 | 2300-000 | | 97.72 | 321,201.75 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 478.10 | 320,723.65 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 431.19 | 320,292.46 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 476.59 | 319,815.87 |

**Page Subtotals:**    $328,487.94    $8,672.07

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| **Case No.:** | 16-12704- VFP | **Trustee Name:** | George L. Miller (280161) |
|---|---|---|---|
| **Case Name:** | BiolitecHolding U.S., Inc. | **Bank Name:** | UNION BANK |
| **Taxpayer ID #:** | **-***3989 | **Account #:** | ******2634 Checking |
| **For Period Ending:** | 09/23/2019 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 460.56 | 319,355.31 |
| 06/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 475.19 | 318,880.12 |
| 07/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 459.23 | 318,420.89 |
| 08/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 473.80 | 317,947.09 |
| 09/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 473.11 | 317,473.98 |
| 10/16/17 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS TO RABOBANK | 9999-000 | | 317,473.98 | 0.00 |
| | | **COLUMN TOTALS** | | | 328,487.94 | 328,487.94 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 317,473.98 | |
| | | **Subtotal** | | | 328,487.94 | 11,013.96 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$328,487.94** | **$11,013.96** | |

{ } Asset Reference(s)    **UST Form 101-7-TDR ( 10 /1/2010)**    ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9

Page: 3

| Case No.: | 16-12704- VFP | Trustee Name: | George L. Miller (280161) |
|---|---|---|---|
| Case Name: | BiolitecHolding U.S., Inc. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3989 | Account #: | ******8066 Checking Account |
| For Period Ending: | 09/23/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/16/17 |  | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS FROM UNION BANK | 9999-000 | 317,473.98 |  | 317,473.98 |
| 10/25/17 | 700001 | Hill Archive | Invoice #32510 dated 10/15/17 - Record storage for Nov/2017 | 2410-000 |  | 246.56 | 317,227.42 |
| 10/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 228.27 | 316,999.15 |
| 11/17/17 |  | CeramOptec Industries, Inc. | Reimbursement from CeramOptec Industries, Inc.; Bky. No. 16-12758 for payment to Hill Archive: Invoice #32510 dated 10/15/17 - Record storage for Nov/2017 | 2410-000 |  | -246.56 | 317,245.71 |
| 11/30/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 456.07 | 316,789.64 |
| 12/29/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 440.46 | 316,349.18 |
| 01/08/18 | 700002 | Miller Coffey Tate LLP | 1st Interim Fee and Expense Application pursuant to Court Order dated 12/27/2017 [D.I. 286 filed in case no. 16-12758] |  |  | 72,064.89 | 244,284.29 |
|  |  | Miller Coffey Tate LLP | Fees (1st Interim) $70,514.50 | 3310-000 |  |  |  |
|  |  | Miller Coffey Tate LLP | Expenses (1st Interim) $1,550.39 | 3320-000 |  |  |  |
| 01/22/18 | 700003 | International Sureties,, LTD. | Blanket Bond #016026384 for the period 01/01/18 to 01/01/19 | 2300-000 |  | 127.33 | 244,156.96 |
| 01/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 424.50 | 243,732.46 |
| 02/28/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 327.20 | 243,405.26 |
| 03/30/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 350.10 | 243,055.16 |
| 04/30/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 337.94 | 242,717.22 |
| 05/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 384.05 | 242,333.17 |
| 06/01/18 | 700004 | Pachulski Stang Ziehl & Jones LLP | 1st Interim Fee and Expense Application pursuant to Court Order dated 05/18/18 [D.I. 305 filed in case no. 16-12758] |  |  | 70,699.48 | 171,633.69 |
|  |  | Pachulski Stang Ziehl & Jones LLP | 1st Interim Fees $69,259.00 | 3210-000 |  |  |  |
|  |  | Pachulski Stang Ziehl & Jones LLP | 1st Interim Expenses $1,440.48 | 3220-000 |  |  |  |
| 06/29/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 262.36 | 171,371.33 |
| 07/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 262.92 | 171,108.41 |
| 02/12/19 | 700005 | International Sureties, LTD. | 2019 Blanket Bond #016026384 for the term 01/01/2019 through 01/01/2020 | 2300-000 |  | 51.33 | 171,057.08 |
| 08/07/19 | 700006 | Miller Coffey Tate LLP | Combined dividend payments for Claim #MCTEXP, MCTFEE |  |  | 14,055.82 | 157,001.26 |

**Page Subtotals:**    $317,473.98    $160,472.72

{ } Asset Reference(s)     **UST Form 101-7-TDR ( 10 /1/2010)**     ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9

Page: 4

| **Case No.:** | 16-12704- VFP | **Trustee Name:** | George L. Miller (280161) |
|---|---|---|---|
| **Case Name:** | BiolitecHolding U.S., Inc. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***3989 | **Account #:** | ******8066 Checking Account |
| **For Period Ending:** | 09/23/2019 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Miller Coffey Tate LLP | Claims Distribution - Wed, 04-17-2019 $194.32 | 3320-000 | | | |
| | | Miller Coffey Tate LLP | Claims Distribution - Wed, 04-17-2019 $13,861.50 | 3310-000 | | | |
| 08/07/19 | 700007 | Pachulski Stang Ziehl & Jones LLP | Combined dividend payments for Claim #PSZJ Exp, PSZJ Fee | | | 66,263.07 | 90,738.19 |
| | | Pachulski Stang Ziehl & Jones LLP | Claims Distribution - Wed, 04-17-2019 $4,836.44 | 3220-000 | | | |
| | | Pachulski Stang Ziehl & Jones LLP | Claims Distribution - Wed, 04-17-2019 $61,426.63 | 3210-000 | | | |
| 08/07/19 | 700008 | George L. Miller | Distribution payment - Dividend paid at 100.00% of $19,674.40; Claim # TFEE; Filed: $19,674.40 pursuant to Court Order dated 08/02/2019 [D.I. 19] | 2100-000 | | 19,674.40 | 71,063.79 |
| 08/07/19 | 700009 | Department Of The Treasury | Distribution payment - Dividend paid at 100.00% of $1,000.00; Claim # 4; Filed: $1,000.00 pursuant to Court Order dated 08/02/2019 [D.I. 19] | 5800-000 | | 1,000.00 | 70,063.79 |
| 08/07/19 | 700010 | Angiodynamics, Inc. | Distribution payment - Dividend paid at 10.78% of $650,000.00; Claim # 2; Filed: $87,233,644.78 pursuant to Court Order dated 08/02/2019 [D.I. 19] | 7100-000 | | 70,063.79 | 0.00 |
| | | **COLUMN TOTALS** | | | 317,473.98 | 317,473.98 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 317,473.98 | 0.00 | |
| | | **Subtotal** | | | 0.00 | 317,473.98 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$317,473.98** | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 5

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 16-12704- VFP | **Trustee Name:** | George L. Miller (280161) |
| **Case Name:** | BiolitecHolding U.S., Inc. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***3989 | **Account #:** | ******8066 Checking Account |
| **For Period Ending:** | 09/23/2019 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $328,487.94 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $328,487.94 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2634 Checking | $328,487.94 | $11,013.96 | $0.00 |
| ******8066 Checking Account | $0.00 | $317,473.98 | $0.00 |
| | $328,487.94 | $328,487.94 | $0.00 |

UST Form 101-7-TDR (10 /1/2010)